December 16, 2020

To Whom it may concern:

Re: My son, Glen Richard Johnson III or as you know him inmate #47718-480

First, I want to point out that this letter is extremely hard for me to compile. So many years, so much pain inside of me. I feel compelled to give you a summary of Glens years growing up to where we are now because I feel it speaks volumes.

Glen is the eldest of my 3 children. He has a sister (38) and brother (34).

Glen has always been and still is a very bright, charming and gifted individual when he chooses to apply himself. But in reality, he has truly struggled ALL of his life to fit in with society.

At the age of 5 he was diagnosed with ADHD sub-aggressive type B. We spent countless hours having him evaluated, observed and tested. Only to be told he needed medication that would most likely be for the rest of his life. His step-father[1] and I took parenting classes on "How to gain control without losing control".

His biological father[2] was abusive and was in and out of prison. I did my best to protect Glen from this and he had no contact with him from the time he was 5. When was 8, we moved to California for my husband's job. This protected us further from his biological father.

Unfortunately, the California school system was not equipped and/or educated in how to handle children with his impulsive, disruptive and destructive behavior. The progress we had made with Glen in Salt Lake City, Ut was gone and continued to worsen.

When he was 12 years old, we had to make a heart wrenching decision. My heath was not good and Glen was a 24/7 kind of child. He started hanging out with a group of older boys that were nothing but trouble. So in order to save him, we sent him to live with my parents for a fresh start.

He seemed to be turning his life around and was thriving in Texas. That was short lived. Then he got in trouble for a simple fight. Little did we know he would be charged with organized crime since there were 3 of them involved. Instead of

---

[1] I remarried when Glen was 7 years old.
[2] Glen Richard Johnson Jr. was abusive to us both and we divorced when Glen was 3 years old.

helping to rehabilitate him at 18, they helped create this nightmare. He served the majority of his time in Administrative Segregation than needed and this ruined his social skill development. I feel this is where the snowball of Glen's behavior began. Instead of teaching him a trade, they taught him the life of a gangster. And when he was released, the gang controlled him on the outside also. He was on parole, required to attend classes that cost money he didn't have. He spent so much time in prison he lost ALL of his personal belongings. Not only did he have no clothes, he had nowhere to live either and/or a car to get to a job.

This snowball just kept getting bigger too and now we are here! Glen's drug use and affiliations have cost dearly. It has affected the entire family. He has niece's he's never met, missed so many birthdays, holidays, special moments, He's a father too. So much of his life has been missed with all of this.

I can only count 6, you read that right, I said 6 Birthdays where he's been out of jail/prison since he was 18. This is heart wrenching as a mother. His sister and brother feel the same as well.

Please help my son. There's no denying he's done wrong but he truly needs help!!

From my prayers to you, I pray we find a solution to save what life is left for this young man.

Thank you for your time and understanding,

Marie Wilcox

770.557.5284